Appeal of FAIRMONT RAILWAY        Docket No. 574.
MOTORS, INC.

Commissioner's determination approved because of taxpayer's failure to adduce competent evidence in support of its contentions.

Submitted January 12, 1925; decided January 30, 1925.

H. A. Mihills, C. P. A., for the taxpayer.
A. C. Mackay, Esq. (Nelson T. Hartson, Solicitor of Internal Revenue) for the Commissioner.

Before IVINS, KORNER, and MARQUETTE.

FINDINGS OF FACT.

The taxpayer is a Minnesota corporation. On its books the corporation took depreciation, during the years 1909 to 1912, inclusive, of only $71 or $79. In auditing the profits-tax returns for 1919 and 1920 the Commissioner made an adjustment reducing surplus on account of insufficient depreciation taken in prior years. This adjustment resulted in the additional taxes in controversy.

DECISION.

The determination of the Commissioner is approved.

OPINION.

IVINS: This appeal was presented on behalf of the taxpayer in the same manner that the Appeal of Elmer E. Scott Company, 1 B. T. A. 445, was presented, counsel offering similar incompetent evidence. We are compelled to make a similar decision for the reasons given in our opinion in that appeal.